UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI BROWN, individually and on behalf of similarly situated persons,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.
_____/

Case No. 1:17-cv-795

HON. JANET T. NEFF

## ORDER SETTING PRE-MOTION CONFERENCE

A pre-motion conference is scheduled for **March 28, 2018 at 11:30 a.m.** before the Honorable Janet T. Neff, 401 Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan. The attorneys handling the matter for trial are required to be present at this conference, at which time a briefing schedule will be discussed.

    **IT IS SO ORDERED**.

Dated: March 23, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge