UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI BROWN,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.

_____/

Case No. 1:17-cv-795

HON. JANET T. NEFF

## ORDER OF DISMISSAL

The Court having reviewed Plaintiff's Notice of Dismissal with Prejudice (ECF No. 220):

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice.

Dated: September 27, 2021

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge